[No. 13235–4–II.   Division Two.   March 5, 1991.]

*In the Matter of* G.M.E.L.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–7–00068–7, Ralph I. Thomas, J. Pro Tem., entered September 18, 1989. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 11296–5–II.   Division Two.   March 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID J. MEADE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–00178–4, John N. Skimas, J., entered August 21, 1987. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander, J., and Draper, J. Pro Tem.

[Nos. 12325–8–II; 13579–5–II.   Division Two.   March 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CHESTER HILYARD, *Appellant.*

*In the Matter of the Personal Restraint of*
CHESTER HILYARD, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–00690–5, E. Albert Morrison, J., entered September 16, 1988, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Morgan, J., concurred in by Worswick, C.J., and Alexander, J.